**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-02095-SHM-tmp |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Garnishee, ) | Ref. 2:14-cr-20110-SHM-1 |
| ) | |
| and ) | |
| ) | |
| MARCUS PAYNE, d/b/a JECK ) | |
| FOUNDATION, IM PRODUCTS & ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

**ORDER TERMINATING GARNISHMENT AND**
**DISMISSING CASE WITH PREJUDICE**

On February 17, 2022, the United States of America filed an Application for Writ of Garnishment against Bank of America ("Garnishee") and Marcus Payne ("Defendant"). (ECF No. 1.) On February 18, 2022, the Deputy Clerk of Court issued the Writ of Garnishment. (ECF No. 5.) No indication of service, answer by Garnishee, objection by Defendant, or further motion by the United States has been filed during the three-year pendency of this case.

Pursuant to 28 U.S.C. § 3205(c)(10)(A), the Writ of Garnishment (ECF No. 5) issued to Garnishee and Defendant is

**TERMINATED.** This action is **DISMISSED WITH PREJUDICE** for failure to prosecute. Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 630-33 (1962).

SO ORDERED this  *20th*  day of February, 2025.

                                           /s/ *Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE